

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

**JOHN L. HILL**
**ATTORNEY GENERAL**

July 28, 1975

The Honorable Kenneth W. Cook
Administrator
Alcoholic Beverage Commission
P. O. Box 13127, Capitol Station
Austin, Texas 78711

Opinion No. H-650

Re: Effect of Administrative
Procedure Act on sub-
poena power of the Alcoholic
Beverage Commission.

Dear Mr. Cook:

You have requested our opinion concerning the effect of the Administrative Procedure and Texas Register Act, Acts 1975, 64th Leg., ch. 61, p. 136, on the subpoena power of the Alcoholic Beverage Commission.

Article 666-7, Penal Auxiliary Laws, provides in part:

> The Board . . . shall . . . have power to issue
> subpoenas. . . .
> . . .
> Subpoenas shall be served . . . as in civil
> cases in the District Court in the county to which
> such witness shall be called.

Section 22 of the Administrative Procedure and Texas Register Act provides in part:

> This Act does not repeal any existing statutory
> provisions conferring investigatory authority
> on any agency, including any provision which
> grants an agency the power, in connection with
> investigatory authority, to . . . issue subpoenas
> or summons.

We have discovered no other provision of the Act which would affect the subpoena power of the Alcoholic Beverage Commission. Accordingly, in our opinion the subpoena power provided in article 666-7 is unaffected by the Administrative Procedure and Texas Register Act.

### SUMMARY

The subpoena power of the Alcoholic Beverage Commission is not affected by the Administrative Procedure and Texas Register Act.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee